## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,
400 Sixth Street N.W.
Washington, D.C. 20001,

STATE OF CALIFORNIA
300 S Spring Street, Suite 1702
Los Angeles, CA 90013, and

STATE OF ILLINOIS,
100 W. Randolph St.
Chicago, IL 60601,

          Plaintiffs,

   v.

THE KROGER CO.
1014 Vine Street
Cincinnati, OH, 45202,

and

ALBERTSONS COMPANIES, INC.
250 E Park Center Blvd.
Boise, ID, 83706,

          Defendants.

Case No. 1:22-cv-3357

**DECLARATION OF PROFESSOR MICHAEL STEVEN WEISBACH**

I, Michael Steven Weisbach, of Columbus, Ohio, declare:

1

1.    I submit this declaration in support of Plaintiff the District of Columbia's Motion for a Temporary Restraining Order ("TRO").

2.    In my opinion, in deciding to grant or deny the TRO, among the factors the Court should consider are (1) that Albertsons' payment of the Special Dividend will reduce its liquidity materially; (2) that the dividend will lower Albertsons' access to capital during the pendency of the merger review; (3) this drop is likely to be serious given the current economic downturn and the fact that Albertsons' bond ratings are below investment grade; and (4) that Albertsons' reduced liquidity and reduced access to capital, in addition to constraints imposed by the merger agreement on Albertsons, will make it less able, other things being equal, to make the expenditures it must to stay competitive during the regulatory review of the merger between Albertsons and Kroger, ███████████████████████████████████████████.

3.    I reserve my rights to supplement these opinions as more information becomes available to me.

**I.    Qualifications**

4.    I have been the Ralph Kurtz Chair and Professor of Finance at The Ohio State University since 2008.  I have taught corporate finance, economics, private equity and other related topics over the last 34 years at five business schools: the Simon School of the University of Rochester; the Eller School of the University of Arizona; the College of Business of the University of Illinois; the Booth School of Business of the University of Chicago; and the Fisher School of The Ohio State University.

5.    I have 67 publications in finance, accounting, economics and law journals and, according to Google Scholar, these articles (and others that have yet to be published)

have been cited over 47,000 times in academic journals. I was an editor of the Review of Financial Studies between 2006 and 2013, which is generally considered one of the top three academic journals in finance.  In addition, I have been on the editorial boards of four other journals, and am a Research Associate of the National Bureau of Economic Research. My resume is attached as Exhibit 1.

6.      One of my publications that is particularly relevant to this case is entitled "Macroeconomic Conditions and Capital Raising," and was published in a journal called *Review of Financial Studies*, in 2012. My coauthors and I find empirical evidence strongly suggesting that a borrower's credit quality significantly affects its ability to raise capital during macroeconomic downturns. For noninvestment-grade borrowers, capital raising tends to be procyclical, while for investment-grade borrowers, it is countercyclical. Poor market conditions also affect the structure of securities offered, shifting them toward shorter maturities and more security, i.e., the likelihood that both public bonds and private loans are secured by assets increases. Overall, the paper's results suggest that macroeconomic conditions influence the securities that firms issue to raise capital, the way in which these securities are structured, and indeed firms' ability to raise capital at all.

**II.      Liquidity, Access to Capital, and Their Effect on Business Operations**

7.      The term "liquidity" in a corporate context refers to the ability of firms to come up with the capital to finance projects, sometimes at relatively short notice. In an uncertain economic environment, liquidity can be extremely important, since firms face negative shocks to their cash flows from time to time, and liquidity can enable

firms to weather such shocks. When a firm has more liquidity on its balance sheet, it is less reliant on external financing.[1]

8.      What determines the amount of liquidity that a firm has access to and whether that amount is sufficient? A large part of liquidity can be seen from a firm's balance sheet, through its holdings of cash and liquid securities, and also by the interest payments and other liabilities the firm faces. But that is only part of the story. Firms have assets that can be sold and leased back, lines of credit, and internally generated cash flows that may or may not continue over time. They differ in their ability to access external capital markets, and access to capital markets can be thought of as a component of a firm's liquidity.

9.      A firm's ability to come up with capital at short notice must be weighed against the likelihood of the firm facing the need for the capital. Every firm faces risks of surprising cash flow shortfalls. The world recently went through an unanticipated pandemic that substantially damaged supply chains and hurt retailers. It is commonly agreed that the United States is likely to enter a recession that could substantially lower firms' profits. In addition, every firm differs in its exposure to negative shocks such as lawsuits, and natural disasters. The likelihood and impact of these other potential shocks vary across firms, and cannot be evaluated through financial ratios or other information on firms' balance sheets.

---

[1] Keynes, John Maynard (1936), The General Theory of Employment, Interest and Money, (McMillan, London); Myers, Stewart C. and Nicholas Majluf (1984) "Corporate Financing and Investment Decisions When Firms Have Information that Investors Do Not Have," Journal of Financial Economics, 13, 187-221.

10.    Therefore, even though there are many financial ratios that can help understand a

firm's financial position, these ratios necessarily paint an incomplete picture. For this

reason, the way most practitioners understand firms' liquidity and risk is through

ratings produced by companies such as Moody's and Standard and Poor's. These

rating agencies attempt to summarize all information about the firm, including that

contained in financial ratios and other information as well.

11.    Firms that are not given an "investment grade" rating are believed to be relatively

risky and typically are believed to be relatively illiquid, since they have to pay a

higher price to access external markets and sometimes cannot access these markets at

all. Consequently, it is extremely important for firms without investment grade

ratings to hold substantial amounts of cash and other liquid securities.[2] Academic

evidence suggests that firms do in fact hold more cash when they have lower ratings.[3]

12.    Larger cash holdings become particularly important during macroeconomic

downturns. Firms' external financing costs tend to be pro-cyclical, meaning their cost

of raising capital increases during these downturns. In addition, firms without

investment grade ratings tend to be shut out of bond markets altogether during

recessions.[4] These borrowers have a harder time gaining access to capital during

economic downturns, and so have a greater incentive to maintain liquidity during

periods of macroeconomic downturn so that they can adequately fund investments

---

[2] Passov, Richard (2003) "How Much Cash Does Your Company Need?" Harvard Business Review, November, 1-8.
[3] For a summary of this literature, see Almeida, Heitor, Murillo Campello, Igor Cunha, and Michael S. Weisbach "Corporate Liquidity Management: A Conceptual Framework and Survey" Annual Review of Financial Economics, Vol. 6 (2014) pp. 135-162.
[4] See Isil Erel, Brandon Julio, Woojin Kim and Michael S. Weisbach, (2012) "Macroeconomic Conditions and Capital Raising," Review of Financial Studies.

during those periods to meet the needs of competing in their markets.  This pattern is consistent with what economic theory would predict: in periods of economic contraction, funds available for investment will go to the surer bets.

13.     Reduced cash on hand for one competitor also can reduce the toughness of market-wide competition because competitors perceive that the increasingly leveraged competitor will be less able to respond to competition. In a famous study of the supermarket industry, Judith Chevalier finds direct evidence linking increased leverage and decreased availability of future financing to loss of market share.[5]

## III.     The Proposed Transaction's Pre-Closing Dividend Likely Will Limit Albertsons' Ability to Compete.

14.     I understand that Kroger and Albertsons announced Kroger's acquisition of Albertsons on October 14, 2022 for $34.10 per share.[6] The proposed transaction's merger agreement includes a "special cash dividend" (referred to in the parties' merger agreement as a Pre-Closing Dividend) of up to $4 billion that Albertsons is to pay to its stockholders on November 7, 2022.[7] Of this $4 billion, $2.5 billion will come from Albertsons' cash, and the rest will be borrowed from its asset-based revolving credit facility. The parties expect the payment of the Pre-Closing Dividend

---

[5] *See* Judith A. Chevalier, Capital Structure and Product-Market Competition: Empirical Evidence from the Supermarket Industry, 85 *Am. Econ. Rev.* 415-435 (1995), http://web.mit.edu/14.33/www/attach/chevalier.pdf
[6] Kroger-Albertsons Companies Merger Investor Presentation, Oct. 14, 2022, https://assets.website-files.com/6313a39c3c13ed1541dc24e1/63497445b7be8f45282920d4_Kroger-Albertsons-Companies-Merger-Investor-Presentation.pdf.
[7] *Id.* at 6.

to amount to approximately $6.85 per share. The merger is targeted to close in "early

2024."[8]

15.     The parties announced their proposed transaction at a time when the emerging

consensus among economists and forecasters is that the U.S. economy is entering a

recession or at least a material economic downturn.[9] Efforts to combat inflation have

led to a contraction of the U.S. money supply. Higher interest rates aimed at tamping

down inflation will mean increased cost of capital for potential borrowers.

16.     Albertsons' most recent U.S. Securities and Exchange Commission 10-K filing

reports that it assesses its liquidity needs at $6 billion for the fiscal year.[10] These

reports acknowledge the connection between securities ratings agencies, liquidity,

access to capital, and economic trends:

> We rely on access to bank and capital markets as sources of liquidity for
> cash requirements not satisfied by cash flows from operations. A
> downgrade in our credit ratings from the internationally recognized credit
> rating agencies could negatively affect our ability to access the bank and
> capital markets, especially in a time of uncertainty in either of those
> markets. A rating downgrade could also impact our ability to grow our
> business by substantially increasing the cost of, or limiting access to,
> capital.[11]

---

[8] *Id.* at 6.

[9] *See, e.g.*, Josh Wingrove, "Forecast for US Recession Within Year Hits 100% in Blow to
Biden," *Bloomberg*, Oct. 17, 2022, available at https://www.bloomberg.com/news/articles/2022-
10-17/forecast-for-us-recession-within-year-hits-100-in-blow-to-biden.

[10] Albertsons Companies, Inc., U.S. Securities and Exchange Commission Form 10-K for fiscal
year ended February 26, 2022, at 57 (Apr. 26, 2022) ("We estimate our liquidity needs over the
next fiscal year to be approximately $6,000 million, which includes anticipated requirements for
incremental working capital, capital expenditures, pension obligations, interest payments and
scheduled principal payments of debt, dividends on Class A common stock and Convertible
Preferred Stock, operating leases and finance leases. Based on current operating trends, we
believe that cash flows from operating activities and other sources of liquidity, including
borrowings under our ABL Facility, will be adequate to meet our liquidity needs for the next 12
months and for the foreseeable future. We believe we have adequate cash flow to continue to
maintain our current debt ratings and to respond effectively to competitive conditions.").

[11] *Id.* at 30.

17.    Albertsons' most recent U.S. Securities and Exchange Commission 10-Q filing again

reports a need for $10 billion for the coming fiscal year, including the Pre-Closing

Dividend,[12] and reports $3.392 billion in cash, and $652 million in net receivables,[13]

i.e., money owed to Albertsons minus cash receivables it does not expect will be paid.

With the Pre-Closing Dividend paid, Albertsons will have less cash—specifically,

$2.5 billion less in cash, leaving it with $900 million and an additional loan of $1.5

billion added to its balance sheet.

18.    I have reviewed pertinent portions of Albertsons' and Kroger's Merger Agreement.

19.    Section 6.1 of the Merger Agreement states that once the Merger Agreement is

signed, Albertsons may not "issue, sell, pledge, dispose of or encumber, or authorize

the issuance, sale, pledge, disposition or encumbrance of, any additional equity or any

additional Rights other than the issuance of Company Common Stock in respect of

the vesting or settlement or of Company Equity Awards outstanding."[14]  Nor can

Albertsons generally "dispose of or subject to any Lien all or any material portion of

its assets, businesses or properties,"[15] or "incur, assume, guarantee or otherwise

become liable for any Indebtedness (directly, contingently or otherwise)."[16]

20.    Section 6.1 generally makes any exceptions to the above where incurring those

additional obligations would be pursuant to "the ordinary course of business

---

[12] Albertsons Companies, Inc., U.S. Securities and Exchange Commission Form 10-Q for the quarterly period ended September 10, 2022, (Oct. 18, 2022).
[13] *Id.* at 31.
[14] Agreement and Plan of Merger By and Among Albertsons Companies, Inc., The Kroger Co., and Kettle Merger Sub, Inc., Sec. 6.1(b) (Oct. 13, 2022).
[15] *Id.* Sec. 6.1(d)(i).
[16] *Id.* Sec. 6.1(n)(i).

consistent with past practice." I do not understand the payment of the Pre-Closing Dividend and its consequences to be in Albertsons' ordinary course of business or consistent with past practice at Albertsons. Therefore, my understanding is that these provisions generally limit Albertsons from pursuing external sources of capital.

21. It is my opinion that Albertsons' reduced liquidity, combined with its reduced access to capital, and limitations imposed by the merger agreement with Kroger on Albertsons' ability to pursue external financing, in the coming months will make it more difficult for Albertsons to make investments necessary to stay competitive in the markets in which it operates. My opinion is corroborated by, but does not depend on, Albertsons' statements to its investors and the Securities and Exchange Commission that Albertsons projects needing $6 billion in liquidity for annual operations.

22. As I note above, in periods of economic downturn, companies with ratings below investment grade will generally find it harder to access capital. Therefore, at this point of time, it is important for all firms to maintain and even increase their liquidity. Doing so is especially important for firms without investment grade ratings. Albertsons' special dividend will reduce its liquidity at a time when standard financial advice for a firm like Albertsons is to maintain or increase their liquidity.

23. Based on my empirical research, and that of other economists studying corporate finance, and the facts I have reviewed, as described above, my opinion is that Albertsons will lower its ability to secure access to capital in the near term if it pays the Pre-Closing Dividend on November 7 as planned and pursuant to its merger agreement with Kroger.



5



**V.      Conclusion**

31.     In sum, based on my experience, review of the relevant literature, and review of the evidence I have seen, my opinion is that the scheduled payment of the Pre-Closing Dividend on November 7, 2022, will reduce Albertsons' liquidity. Doing so when Albertsons does not have an investment grade rating prior to paying the Pre-Closing Dividend, and when there appear to be deteriorating macroeconomic conditions, is likely to lead to Albertsons finding raising capital to be especially difficult, especially given the other limitations Albertsons' merger agreement imposes on its ability to seek that additional capital.

32.     This illiquidity is likely to lower Albertsons' ability to compete effectively while the proposed transaction undergoes antitrust review by regulators.

I declare under penalty of perjury that the foregoing is true and correct.

Michael Steven Weisbach

Executed November 2, 2022

**EXHIBIT 1**

**CURRICULUM VITAE of Michael Weisbach**

October 2022

**Address:**      700 Fisher Hall
2100 Neil Ave.
Columbus, OH   43210-1144
Telephone: (614) 292-3264
Fax: (614) 292-2418
E-Mail:  weisbach.2@osu.edu
Website:  http://u.osu.edu/weisbach.2/

**Current Position:**
Professor and Ralph W. Kurtz Chair in Finance, The Ohio State University, October 1, 2008 - present.

**Previous Positions:**
Stanley C. and Joan J. Golder Distinguished Chair in Corporate Finance, University of Illinois, January 21, 2003 – August 15, 2008.

Professor of Law, University of Illinois, January 17, 2007 – August 15, 2008.

Academic Director, Stanley C. Golder Center for the Study of Private Equity, University of Illinois, March 21, 2002 – August, 15, 2008.

Visiting Professor, Graduate School of Business, University of Chicago, January 2006-June 2006.

I.B.E. Distinguished Professor of Finance, University of Illinois, August 21, 1999 – January 20, 2003.

Professor, College of Business and Public Administration, University of Arizona, July 1, 1998 – June 30, 1999.

Associate Professor, College of Business and Public Administration, University of Arizona, August 1, 1994 – June 30, 1998.

Associate Professor, William E. Simon Graduate School of Business Administration, University of Rochester, July 1, 1993 – June 30, 1994.

Assistant Professor, William E. Simon Graduate School of Business Administration, University of Rochester, July 1, 1987 – June 30, 1993.

**Education:**
Massachusetts Institute of Technology.  In residence 1983-1987.  Ph.D. (Economics)

14

awarded, February, 1988.   (Thesis:  "The Role and Selection of Boards of Directors").

University of Michigan, B.S. (University High Honors, High Honors in Mathematics, Phi Beta Kappa), 1983.

**Research and Teaching Interests:**
Corporate Finance
Corporate Governance and Control
The Market for Private Equity

**Editorial Responsibilities:**

Editor, *Review of Financial Studies*, 2006-2013.
Associate Editor, *Financial Management*, 1999-present.
Associate Editor, *Journal of Financial Economics*, 2001-2008.
Associate Editor, *Journal of Corporate Finance*, 2001-present.
Associate Editor, *Journal of Multinational Financial Management*, 2003-present.
Associate Editor, *Journal of Finance*, 2004-2006.

**Honors and Grants:**

Keynote Speaker, Southern Finance Association, Key West, FL, November 2022.

J. W. Herrick Distinguished Guest PhD Advisor, University of Minnesota, Minneapolis, MN, Oct. 2021.

Keynote Speaker, Florida State University Annual Conference, Tallahassee, FL, March 2021.

Keynote Speaker, Australasian Finance and Banking Conference, Sydney, December 2019.

Keynote Speaker, Korean Securities Association, Seoul, S. Korea, December 2018.

Keynote Speaker, French Finance Association, Paris, France, May 2018.

Research Member, European Corporate Governance Institute, 2018-present.

Keynote Speaker, Asian FMA Meetings, May 2017, Taipei, Taiwan.

Board of Directors, American Finance Association, 2008-2012.

Research Affiliate, Swedish Institute for Financial Research, 2010-2016.

Research Associate, National Bureau of Economic Research, 2000-present.

Distinguished Scholar Award, Center for Corporate Governance, Drexel University, 2014.

Jack Treynor Prize for 2022, Recognizing Superior Working Papers with applications in the field of investment management, awarded by the Institute for Quantitative research in Finance.

Wharton-WRDS Award for Best Paper on Corporate Finance at the Northern Finance Association, Niagara Falls, Ontario, October 2012.

Wharton-WRDS award at the 2011 Western Finance Association Meetings for Best Paper in Empirical Finance.

Korea Investment & Securities Co., Ltd. Outstanding Paper Award at: The 6th International Conference on Asia-Pacific Financial Markets, 2011.

Brattle Group Prize, Best Paper in Corporate Finance in *The Journal of Finance*, first prize, 2009.

Brattle Group Prize, Best Paper in Corporate Finance in *The Journal of Finance*, distinguished paper, 2014.

Jensen Prize for Best Paper in Corporate Finance and Organizations in *Journal of Financial Economics*, second prize, 1999.

Fama/DFA Prize for Best Paper in Capital Markets and Asset Pricing in *Journal of Financial Economics*, second prize, 2014.

Research Award (2012, 2014) and Fellow of National Center for the Middle Market, Fisher College of Business.

National Science Foundation:  Co-Principal Investigator (with Benjamin Hermalin) of a $200,000 grant entitled "Corporate Governance as an Endogenous Economic Institution", 1997.

The Q Group: Co-Principal Investigator (with Michael J. Barclay and Neil Pearson) of a $10,000 grant entitled "A Closer Look at the Tax Advantage from Tax-Advantaged Mutual Funds", 1994.

Editor, Special *Review of Financial Studies* issue on Corporate Governance, March 2010.

National Science Foundation Graduate Fellowship 1983-1986.

Phi Beta Kappa, 1983.


**Published Work:**

"Discount Rate Risk in Private Equity:  Evidence from Secondary Market Transactions," forthcoming in *The Journal of Finance* (with Brian Boyer, Taylor D. Nadauld, and Keith P.

Vorkink). Winner of the 2022 Treynor Prize.

"Making the Most of Life After Tenure," forthcoming in *Inside Higher Ed*.

"Buyouts: A Primer" (with Tim Jenkinson and Hyeik Kim), forthcoming in *Handbook of Private Equity and Entrepreneurial Finance*, edited by Espen Eckbo, Gordon Phillips, and Morten Sorensen, Elsevier 2023.

"The Cash Flow Sensitivity of Cash: Replication, Extension, and Robustness," (with Heitor Almeida and Murillo Campello), forthcoming in *Critical Finance Review*.

*The Economist's Craft: A Scholar's Introduction to Research, Publishing, and Professional Development*, (2021) Princeton University Press. Chinese and Turkish translations forthcoming.

"In Praise of Collegiality," *Inside Higher Ed*, November 5, 2021.

"The Role of Financial Conditions on Portfolio Management:  The Case of Insurers," (with Shan Ge), *Journal of Financial Economics* (November 2021) Vol. 142, pp. 803-830.

"Selecting Directors Using Machine Learning," (with Isil Erel, Léa Stern, and Chenhao Tan), *Review of Financial Studies* (July 2021) Vol. 34, pp. 3226-3264. Lead Article, "Editor's Choice".

"Price Risk, and Liquidity Management:  Evidence from the Electricity Industry," (with Chen Lin and Thomas Schmid), *Management Science* (April 2021) Vol. 67, pp. 2519-2540.

"Corporate Liquidity, Acquisitions, and Macroeconomic Conditions," (with Isil Erel, Yeejin Jang and Bernadette A. Minton), *Journal of Financial and Quantitative Analysis* (March 2021) Vol. 56, pp. 443-474.

"The Economics of PIPEs," (with Jongha Lim and Michael W. Schwert), *Journal of Financial Intermediation* (January 2021) Vol. 45, pp. 1-14.

"The Corporate Finance of Multinational Firms," (with Isil Erel and Yeejin Jang), in *Global Goliaths: Multinational Corporations in the 21st Century Economy*, edited by F. Foley, J. Hines and D. Wessel, Brookings Institution, 2021, pp. 183-226.

"Measuring Institutional Investors' Skill at Making Private Equity Investments," (with Daniel R. Cavagnaro, Berk A. Sensoy, and Yingdi Wang), *The Journal of Finance* Vol. 74 (December 2019) pp. 3089-3134.

"The Liquidity Cost of Private Equity Investments:  Evidence from Secondary Market Transactions," (with Taylor D. Nadauld, Berk A. Sensoy, and Keith P. Vorkink) *Journal of Financial Economics* Vol. 132 (June 2019) pp. 158-181.

"Understanding Corporate Governance through Learning Models of Managerial Competence," (with Benjamin E. Hermalin) *Asia-Pacific Journal of Financial Studies*, Vol. 48, (February 2019) pp. 7-29.

"How Management Risk Affects Corporate Debt" (with Yihui Pan and Tracy Yue Wang), *Review of Financial Studies*, Vol. 31, (September 2018) pp. 3491-3531.

"Can Machine Learning Help Companies Select Better Directors?" (with Isil Erel, Lea Stern, and Chenhao Tan) *Harvard Business Review*, April 9, 2018.

*The Handbook of the Economics of Corporate Governance* (coedited with Benjamin E. Hermalin), 2017, Elsevier Publishers.

> Chapter 1 from the *Handbook*: "Introduction to the Study of Corporate Governance" (with Benjamin E. Hermalin).

> Chapter 3 from the *Handbook*: "Assessing Managerial Ability:  Implications for Corporate Governance" (with Benjamin E. Hermalin)

"CEO Investment Cycles," (with Yihui Pan and Tracy Yue Wang), *Review of Financial Studies*, Vol. 29 (November 2016) pp. 2955-2999.

"Indirect Incentives of Hedge Fund Managers" (with Jongha Lim and Berk A. Sensoy), *The Journal of Finance,* Vol. 71 (April 2016) pp. 871-918.

"Learning About CEO Ability and Stock Return Volatility," (with Yihui Pan and Tracy Yue Wang), *Review of Financial Studies*, Vol. 28 (June 2015), pp. 1623-1666.

"Do Acquisitions Relieve Target Firms' Financial Constraints?" (with Isil Erel and Yeejin Jang), *The Journal of Finance*, Vol. 70 (February 2015), pp. 289-328.

"Corporate Liquidity Management:  A Conceptual Framework and Survey," (with Heitor Almeida, Murillo Campello, and Igor Cunha). *Annual Reviews of Financial Economics,* Vol. 6 (2014), pp. 135-162.

"Limited Partner Performance and the Maturing of the Private Equity Industry," (with Berk A. Sensoy and Yingdi Wang), *Journal of Financial Economics*, Vol. 112 (June 2014), pp. 320-343. Fama/DFA Prize for best paper published in *Journal of Financial Economics* in capital markets and asset pricing in 2014, second prize.

"Syndicated Loan Spreads and the Composition of the Syndicate" (with Jongha Lim and Bernadette A. Minton), *Journal of Financial Economics*, Vol. 111 (January 2014), pp. 45-69. Winner of the Wharton-WRDS Award for best paper on corporate finance at the Northern Finance Association, Niagara Falls, Ontario, October 2012.

"Borrow Cheap, Buy High?  The Determinants of Leverage and Pricing in Buyouts" (with Ulf Axelson, Tim Jenkinson and Per Strömberg), *The Journal of Finance*, Vol. 68 (December 2013), pp. 2223-2267. Lead. Article. Brattle Group Prize for best paper in published in *The Journal of Finance in* Corporate Finance, Distinguished Paper, 2014.

"What do Boards Really do?  Evidence from Minutes of Board Meetings" (with Miriam Schwartz-Ziv), *Journal of Financial Economics*, Vol. 108 (May 2013), pp. 349-366.

"Pay for Performance from Future Fund Flows:  The Case of Private Equity" (with Ji-Woong Chung, Berk A. Sensoy, and Léa Stern), *Review of Financial Studies*, Vol. 25 (November 2012), pp. 3259-3304.  Wharton-WRDS award at the 2011 Western Finance Association Meetings for Best Paper in Empirical Finance. Korea Investment & Securities Co., Ltd. Outstanding Paper Award at The 6th International Conference on Asia-Pacific Financial Markets.

"Did Securitization Affect the Cost of Corporate Debt?" (with Taylor D. Nadauld), *Journal of Financial Economics*, Vol. 105 (August 2012), pp. 332-352.

"Determinants of Cross-Border Mergers and Acquisitions," (with Isil Erel and Rose C. Liao), *The Journal of Finance*, Vol. 67 (June 2012), pp. 1045-1082.

"Information Disclosure and Corporate Governance" (with Benjamin E. Hermalin), *The Journal of Finance*, Vol. 67 (February 2012), pp. 195-233.  The "Top Read" article in *The Journal of Finance* for 2012 (according to the AFA website as of December 2012).

"Macroeconomic Conditions and Capital Raising," (with Isil Erel, Brandon Julio and Woojin Kim), *Review of Financial Studies*, Vol. 25 (February 2012), pp. 341-376.

"Corporate Financial and Investment Policies when Future Financing is not Frictionless" (with Heitor Almeida and Murillo Campello), *Journal of Corporate Finance*, Vol. 17, (June 2011), pp. 675-693.

"The State of Corporate Governance Research" (with Lucian A. Bebchuk), *Review of Financial Studies*, Vol. 23, (March 2010), pp. 939-961. Reprinted in *Corporate Governance: Recent Developments and New Trends,* Edited by Sabri Boubaker, France Bang Dang Nguyen, and Doc Khuong Nguyen, Springer Verlag publisher, 2012.

"Boards of Directors and their Role in Corporate Governance:  A Conceptual Framework and Survey" (with Renee Adams and Benjamin E. Hermalin), *Journal of Economic Literature,* Vol. 48, (March 2010), pp. 58-107.

"Why are Buyouts Leveraged?  The Financial Structure of Private Equity Firms" (with Ulf Axelson and Per Strömberg). *The Journal of Finance,* Vol. 64 (August 2009), pp. 1549-1582. Brattle Group Prize for best paper published in *The Journal of Finance* in Corporate Finance, First Prize 2009.

"Motivations for Public Equity Offers:  An International Perspective" (with Woojin Kim), *Journal of Financial Economics,* Vol. 87, (February 2008), pp. 281-307.

"Optimal Executive Compensation vs. Managerial Power:  A Review of Lucian Bebchuk and Jesse Fried's *Pay without Performance:  The Unfulfilled Promise of Executive Compensation*", *Journal of Economic Literature*, Vol. XLV, (June 2007), pp. 420-429.

"World Markets for Raising New Capital" (with Brian J. Henderson and Narasimhan Jegadeesh), *Journal of Financial Economics*, Vol. 82, (October 2006), pp. 63-101.

"Horses and Rabbits?  Optimal Dynamic Capital Structure from Shareholders' and Managers' Perspectives," (with Nengjiu Ju, Robert Parrino, and Allen Poteshman), *Journal of Financial and Quantitative Analysis*, Vol. 40, (June 2005), pp. 259-281.

"Measuring Investment Distortions when Risk-Averse Managers Decide Whether to Undertake Risky Projects," (with Robert Parrino and Allen Poteshman), *Financial Management,* Vol. 34, Issue 1, (Spring 2005), pp. 21-60.

"Hospital Governance, Performance Objectives, and Organizational Form" (with Leslie Eldenburg, Benjamin E. Hermalin, and Marta Wosinska), *Journal of Corporate Finance*, Vol. 10, (September 2004) pp. 527-548.

"The Cash Flow Sensitivity of Cash," (with Heitor Almeida and Murillo Campello), *The Journal of Finance*, Vol. 59, (August 2004) pp. 1777-1804.  Brattle Group Prize nominee for 2004.

"Private Benefits and Cross-Listings in the United States," (with Evangelos Benos), *Emerging Markets Review*, Vol. 5, (June 2004) pp. 217-240.

"The Economics of Has-Beens" (with Glenn MacDonald), *Journal of Political Economy*, Vol. 112, (February 2004) pp. S289-S310.

"Boards of Directors as an Endogenously-Determined Institution:  A Survey of the Economic Evidence" (with Benjamin E. Hermalin), *Economic Policy Review*, Vol. 9, Number 1, (April 2003) pp. 7-26.  Reprinted in *IJMR, The Icfaian Journal of Management Research*, Vol. 3, Number 5 (May 2004) pp. 39-68.

"Protection of Minority Shareholder Interests, Cross-Listings in the United States, and Subsequent Equity Offerings" (with William A. Reese, Jr.), *Journal of Financial Economics*, Vol. 66 (October 2002) pp. 65-104.  *JFE* "All-Star" paper (averaging more than 5 cites per year). Reprinted in *Governance:  An International Perspective*, edited by Diane Denis and John McConnell, Edward Elgar, publishers, 2005.

"Financial Flexibility and The Choice Between Dividends and Stock Repurchases" (with Murali Jagannathan and Clifford P. Stephens), *Journal of Financial Economics*, Vol. 57 (September, 2000) pp. 355-384.  *JFE* "All-Star" paper (averaging more than 5 cites per year). Reprinted in *Recent Developments in Corporate Finance*, edited by Jay Ritter, Edward Elgar publishers, 2005.

"Discussion of Gompers and Lerner's 'Corporate Venture Capital, Complementarities, and Success'," in *Concentrated Ownership*, edited by Randall Morck, University of Chicago Press: Chicago, IL, 2000.

"Measuring Investment Distortions Arising from Stockholder-Bondholder Conflicts," (with Robert Parrino), *Journal of Financial Economics*, Vol. 53 (July, 1999), pp. 3-42. Jensen Prize for best paper on Corporate Finance and Organizations, 1999.

"The Influence of Institutions on Corporate Governance through Private Negotiations: Evidence from TIAA-CREF" (with Willard T. Carleton and James M. Nelson), *The Journal of*

*Finance*, Vol. 53 (August, 1998), pp. 1335-1362. Featured in *The Economist*, June 21, 1997.

"Open-End Mutual Funds and Capital Gains Taxes" (with Michael J. Barclay and Neil D. Pearson), *Journal of Financial Economics*, (lead article) Vol. 49 (July, 1998), pp. 3-43.

"Endogenously Chosen Boards of Directors and Their Monitoring of Management" (with Benjamin E. Hermalin), *American Economic Review*, Vol. 88 (March, 1998), pp. 96-118. Reprinted in *Governance, Directors and Boards*, edited by Mahmoud Ezzamel, Edward Elgar Publishing:  United Kingdom, 2005.

"Actual Share Reacquisitions in Open-Market Repurchase Programs" (with Clifford P. Stephens), *The Journal of Finance,* Vol. 53 (February, 1998), pp. 313-334.  Featured in *Bloomberg Business News*, June 26, 1996 and *Forbes*, April 21, 1997.

"Securities Fraud Lawsuits:  A Descriptive Study" (with Willard T. Carleton and Elliott J. Weiss), *Arizona Law Review*, Vol. 38 (Summer, 1996), pp. 491-511.

"Institutional Investors and the Governance of Canadian Corporations:  An American Perspective," in *Corporate Decision Making in Canada*, ed. by R. Daniels and R. Morck, University of Calgary Press:  Calgary, Alberta, 1995.

"CEO Turnover and the Firm's Investment Decisions," *Journal of Financial Economics*, Vol. 37 (February, 1995) pp. 159-188.  Featured in *The Wall Street Journal*, April 20, 1993 and Dec. 2, 1993.

"Accounting Information and Internal Performance Evaluation:  Evidence from Texas Banks" (with David W. Blackwell and James A. Brickley), *Journal of Accounting and Economics*, Vol. 17 (May, 1994), pp. 331-358.

"Corporate Governance and Hostile Takeovers," *Journal of Accounting and Economics*, Vol. 16 (January/April/July, 1993), pp. 199-208.

"The Success of Acquisitions:  Evidence from Divestitures" (with Steven N. Kaplan), *The Journal of Finance*, Vol. 47 (March, 1992), pp. 107-138:  Smith-Breeden prize nominee for 1992.

"The Effects of Board Composition and Direct Incentives on Firm Performance" (with Benjamin E. Hermalin), *Financial Management*, Vol. 20, No. 4 (Winter, 1991), pp. 101-112.

"The Economic Effects of Franchise Termination Laws" (with James A. Brickley and Frederick H. Dark), *The Journal of Law and Economics*, Vol. 34 (April, 1991), pp. 101-132. Reprinted in *Franchise Contracting and Organization*, edited by Francine Lafontaine, Edward Elgar Publishing, 2005.

"An Agency Perspective on Franchising" (with James A. Brickley and Frederick H. Dark), *Financial Management*, Vol. 20, No. 1 (Spring, 1991), pp. 27-35.

"Reversions of Excess Pension Assets After Takeovers" (with Jeffrey Pontiff and Andrei Shleifer), *The RAND Journal of Economics*, Vol. 21, No. 4 (Winter, 1990), pp. 600-613.

"The Determinants of Board Composition" (with Benjamin E. Hermalin), *The RAND Journal of Economics*, Vol. 19, No. 4 (Winter, 1988), pp. 589-606.  Reprinted in *Corporate Governance in the New Global Economy*, edited by Kevin Keasey, Steve Thompson and Mike Wright, Edward Elgar Publishing, 2005.

"Outside Directors and CEO Turnover," *Journal of Financial Economics*, Vol. 20, Nos. 1/2 (January/March, 1988), pp. 431-460. *JFE* "All-Star" paper (averaging more than 5 cites per year). Reprinted in *The Economics of Executive Compensation*, edited by K. Hallock and K. Murphy, Edward Elgar Publishing, 1999, pp. 347-376.


**Research in Progress:**

"Climate Change and Corporate Investments: Evidence from Planned Power Plants," under revision for *The Journal of Finance* (with Chen Lin and Thomas Schmid).

"Specialized Investments and Firms' Boundaries: Evidence from Textual Analysis of Patents," (with Jan Bena, Isil Erel, and Daisy Wang).

"Risk Perceptions, Board Networks, and Directors' Monitoring," (with Wenzhi Ding, Chen Lin, and Thomas Schmid).

"All Clear for Takeoff: Evidence from Airports on the Effects of Infrastructure Privatization," (with Sabrina Howell, Yeejin Jang, and Hyeik Kim).


**Service:**

Departmental:
 Department of Finance Executive Committee, Ohio State University, 2008-2016, 2019-  2021).
 Department of Finance Executive Committee, University of Arizona, 1994-1999.
 Graduate Programs Committee, University of Illinois, 1999-2001, 2002-2003.
 Educational Policies Committee, University of Illinois, 2001-2002
 Chair, Doctoral Program Review Committee, 2002-2003.
 Finance Department Executive Committee, University of Illinois, 2001-2003.

Fisher College of Business, Ohio State University
 Research Committee 2008-2016, Chair, 2010-2016.
 College Personnel Committee 2009-2015, 2016-17, 2022-2023.
 Committee to Evaluate Tenure Document 2010.
 National Middle Market Center, Faculty Advisory Board 2012-present.
 Endowed Appointments Committee, 2016.

College of Business, University of Illinois

Faculty Advisory Committee of the MBA Program 1999-2002.
Research Committee, College of Commerce, UIUC. 2000-2002.
Chair, Committee to Review CIBER, Fall 2001.
MBA Ad hoc Curriculum Committee, 2002-2003.
Committee to Review Part-time MBA Program.
MBA Admissions Committee, 2002-2005.
College Executive Committee, 2003-2005, 2007-2008.
University-Wide Campus Research Board, 2003-2005.

College of Business and Public Administration, University of Arizona
College Committee to Evaluate Executive Programs, 1996-1997.
College Committee to Pick Economics Department Head, 1997-1998.
College Advisory Committee, 1997-1998.
Chair, College-Wide Research and Doctoral Studies Committee, 1994-1999.
University of Arizona Committee to Investigate Privatization, 1995.

Professional:
Member, Program Committee, *JFE* Conference on Corporate Governance, Summer 2000.
AFA Program Committee Member, Numerous Times.
WFA Program Committee Member, Numerous Times.
AFA Nominating Committee, 2005.
Program Committee member for numerous conferences.

Conference Organizer:
Founder and organizer in 1996 of the Arizona Finance Symposium
Organizer, Conference on 'Bear Markets', Champaign, IL, December 2002.
Organizer, Conference on 'Private Equity and its Role in the Economy', Chicago, IL April 2003, 2004, 2005, 2006, 2007.
Organizer, NBER Summer Institute Corporate Finance Meetings, August 2003.
Organizer, Joint RFS/NBER Conference on Corporate Governance, July 2007.
Organizer, Ohio State Corporate Finance Conference, May 2015.


**Testimonial/Consulting Experience**

Deposition and Report in Whatever it Takes Transmissions and Parts v. John Maynard, Case 3:20-cv-00462-WHR, July 2021.

Deposition and Report in Solargenix Energy LLC v. Acciona Solar Energy LLC, Case No. 14-L-10618, July-August 2015.

Report and Response Report in re. Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, Case No. 1:05-md-01720-JG-JO, May 2013.

Testimony in Galinsky vs. Advanced Equities, Inc., Keith G. Daubenspeck and Dwight O. Badger, Arbitration before the Financial Industry Regulatory Authority, January 2012.

23

Deposition and Report in re: <u>Marc S. Kirschner as Trustee of the Refco Litigation Trust v. Thomas H. Lee Partners, L. P. et al.</u>, Case No. 07 Civ 7074 (JSR), March 2010.

Report in re. <u>Thomas H. Lee Equity Fund V., L.P. et al., v. Mayer, Brown, Rowe & Maw LLP and Joseph P. Collins</u>, Case No. 07 Civ. 6767 (JSR), June 2010.

Testimony, Deposition, Report, and Supplemental Report in re:  <u>Russell-Stanley Holdings et al.</u>, in the United States Bankruptcy Court for the District of Delaware, Case No. 05-12339, October 2005.

Declaration of Professor Michael S. Weisbach in re:  <u>The Kendall Trust and Frederic Ian Fischbein and Michael Feder v. March & McLennan Companies, Inc.</u>, in the United States District Court for the Southern District of New York, NO: 04-CV-08144 (SWK); NO: 04-CVG-08179 (SWK); NO: 04-CV-08225 (SWK).


**Law firms worked with:**  Bluestein & Wayne; Brouse & McDowell; Faruki; Goodwin Proctor; Grant & Eisenhofer; Jones Day; Kellogg, Huber, Hansen, Todd, Evans & Figel; Laner, Muchin, Dombrow, Becker, Levin & Tomimberg; Manchel & Brennan; Paul, Weiss, Rifkind, Wharton & Garrison; Swidler, Berlin; Vorys, Sater, Seymour & Pease; Sidley & Austin; Weil, Gotshal & Manges; Weinberg, Wheeler, Hudgins, Gunn, & Dial.

**Litigation Consulting firms affiliated with:** Analysis Group; Brattle Group; Bates Group; Cornerstone Research.


**Professional Presentations since 2000:**

Keynote Speech, Southern Finance Association, Key West, FL, November 2022.

Keynote Speech, SunTrust Beach Conference, Tallahassee, FL, March 2021.

Keynote Speech, Australasian Finance and Banking Conference, Sydney, December 2019.

Keynote Speech, Korean Securities Association, Seoul, S. Korea, December 2018.

Keynote Speech, French Finance Association, Paris, France, May 2018.

Discussant, ASU Sonoran Winter Finance Conference, Scottsdale, AZ, February 2018.

Discussant, ECGI Corporate Governance Conference, Jerusalem, December 2017.

Discussant, Red Rock Conference, Zion, UT, September 2017.

Keynote Speaker, Asian FMA Meetings, Taipei, Taiwan, May 2017.

Discussant, Allied Social Science Meeting, San Francisco, CA, January 2016.

Discussant, JLFA Conference, Cambridge, MA, November 2015.

Discussant, Sonoran Winter Finance Conference, Scottsdale, AZ, February 2012.

Discussant, European Finance Association Meetings, Stockholm, Sweden, August 2011.

Discussant, Alumni Conference, Ohio State University, Columbus, OH, July 2011.

Discussant, Allied Social Science Meeting, Denver, CO, January 2011.

Discussant, Argentum Private Equity Symposium, Stockholm, Sweden, September 2010.

Discussant, Allied Social Science Meeting, Atlanta, GA, January 2010.

Discussant, NBER Summer Institute, July 2008.

Discussant, NBER Summer Institute, July 2007.

Discussant, Allied Social Science Meeting, Chicago, IL, January 2007.

Discussant, NBER Corporate Finance Meeting, November 2006.

Discussant, NBER Summer Institute, August 2006

Discussant, Allied Social Science Meeting, Boston, MA, January 2006.

Discussant, Mitsui Symposium on Mutual Funds, Ann Arbor, MI, June 2005.

Discussant, Allied Social Science Meeting, Philadelphia, PA, January 2005.

Discussant, NBER Summer Institute Corporate Governance Meetings, Cambridge, MA, July 2004.

Discussant and Panelist, Venture Capital Conference sponsored by Kauffman Foundation and University of Kansas, Kansas City, MO, March 2004.

Discussant, Allied Social Science Meeting, San Diego, CA, January 2004.

Discussant, Stockholm Institute for Financial Research Conference, "Venture Capital and Entrepreneurial Finance, August 2003.

Discussant, Allied Social Science Meeting, Washington, DC, January 2003.

Discussant, Western Finance Association Meetings, Park City, Utah, June 2002.

Discussant, Allied Social Science Meetings, Atlanta, GA, January 2002.

Discussant, Allied Social Science Meetings, New Orleans, LA, January 2001.

Discussant, Tenth Annual Conference on Finance and Accounting, Austin, TX, October 1999.

Discussant, Allied Social Science Meetings, New York, NY, January 1999.

Discussant, NBER Conference on Concentrated Ownership, Banff, Alberta, May 1998.

Discussant, Allied Social Science Meetings, New Orleans, LA, January 1997.

Discussant, Allied Social Science Meetings, San Francisco, CA, January 1996.

Discussant, Industry Canada Conference: "Corporate Decision-Making in Canada", Toronto, Ontario, March 1995.

Discussant, Allied Social Science Meetings, Washington, DC, January 1995.

"All Clear for Takeoff: Evidence from Airports on the Effects of Infrastructure Privatization,"
    SAIF, Shanghai, China, October 2022.
    University of Iowa, Iowa City, IA, October 2022.
    LBS Private Equity Conference, London, England, July 2022.
    PERC Conference, Chapel Hill, NC, May 2022.

"Risk Perceptions, Board Networks, and Directors' Monitoring,"
    Indiana University, Bloomington, IN, January 2022.
    University of South Carolina, Columbia, SC, October 2021.
    FMA Meetings, Denver, CO, October 2021.
    University of Minnesota, Minneapolis, MN, October 2021.
    Ohio State University, Columbus, OH, October 2021.

"Specialized Investments and Firms' Boundaries: Evidence from Textual Analysis of Patents,"
    Southern Finance Association Meetings, Key West, FL, November 2022.
    University of Alberta Conference, Banff, AL, June 2022.
    CUHK Shenzen, Shenzen, China, May 2022.
    University of Amsterdam, Amsterdam, Netherlands, April 2022.
    University of Calgary, Calgary, AL, November 2021.
    University of Porto, Porto Portugal, May 2021.
    Virtual Corporate Finance Seminar, May 2021.
    Tsinghua University, Beijing, China, April 2021.
    University of South Carolina, Columbia, SC, April 2021.
    Georgetown University, Washington, DC, March 2021.

"The Economist's Craft: A Scholar's Introduction to Research, Publishing, and Professional Development,"
    Southern Finance Association Meetings, Key West, FL, November 2022.
    FMA Meetings, Denver, CO, October 2021.
    University of Minnesota, Minneapolis, MN, October 2021.
    University of Alabama, Tuscaloosa, AL, February 2021.
    NEOMA Business School, Paris, France, June 2020.

"The Role of Financial Conditions on Portfolio Management:  The Case of Insurers,"
University of New South Wales, Sydney, Australia, December 2019.
National Taiwan University, Taipei, Taiwan, November 2019.
University of Hong Kong, Hong Kong, November 2019.
Northeastern University, Boston, MA, October 2019.
Cornell University, Ithaca, NY, September 2019.
University of Utah, Salt Lake City, UT, September 2019.
Federal Reserve Bank of Cleveland, September 2019.

"Discount Rate Risk in Private Equity: Evidence from Secondary Market Transactions"
Australian National University, Canberra, Australia, December 2019.
University of New South Wales, Sydney, Australia, December 2019.
London Business School, London, U.K., June 2019.
NBER Corporate Finance Meeting, Cambridge, MA, November 2018.
University of North Carolina, Chapel Hill, NC, November 2018.
Singapore Management University, Singapore, October 2018.
University of Miami, Miami, FL, September 2018.
Ohio State University, Columbus, OH, September 2018.

"Selecting Directors Using Machine Learning"
Syracuse University, Syracuse, NY, November 2018.
Nanyang Technological University, Singapore, October 2018.
National University of Singapore, Singapore, October 2018.
University of Tennessee, Knoxville, TN, September 2018.
University of North Carolina, Chapel Hill, NC, August 2018.

"The Economics of PIPEs"
London Business School, London, U.K., May 2018.
Allied Social Science Meetings, Philadelphia, PA, January 2018.
University of Porto, Porto, Portugal, December 2017.
University of North Carolina, Chapel Hill, NC, November 2017.
University of Pittsburgh, Pittsburgh, PA, November 2017.
Boston College, Boston, MA, November 2017.

"Price Risk, Production Flexibility, and Liquidity Management:  Evidence from Electricity
Generating Firms,"
University of Utah, Salt Lake City, UT, September 2017.
University of Kentucky, Lexington, KY, August 2017.
Ohio State University, Columbus, OH, May 2017.
University of Washington, Seattle, WA, May 2017.

"Measuring Institutional Investors' Skill at Making Private Equity Investments"
Dartmouth College, October 2017.
Hong Kong Polytechnic University, Hong Kong, December 2016.
University of Hong Kong, Hong Kong, December 2016.
Temple University, Philadelphia, PA, September 2016.
Georgia State University, Atlanta, GA, September 2016.
Kansas University, Lawrence, KS, September 2016.

University of California, Berkeley, CA, September 2016.
London Business School, London, UK, June 2016.
Ohio State University, Columbus, OH, May 2016.

"The Liquidity Cost of Private Equity Investments:  Evidence from Secondary Market Transactions"
    Western Finance Association Meetings, Park City, UT, June 2016.
    University of Texas, Austin, TX, February 2016.
    University of Amsterdam, Amsterdam, Netherlands, December 2015.
    Tilburg University, Tilburg, Netherlands, December 2015.
    Stockholm School of Economics, Stockholm, Sweden, December 2015.
    Ohio State University, Columbus, OH, November 2015.

"How Management Risk affects Corporate Debt"
    University of Southern California, October 2015.
    University of Arizona, Tucson, AZ, October 2015.
    Southern Methodist University, Dallas, TX, October 2015.
    University of Texas, Dallas TX, October 2015.
    George Washington University, Washington DC, September 2015.
    Villanova University, Villanova, PA, September 2015.
    CKGSB, Beijing, China, June 2015.
    Beijing University, Beijing, China, June 2015.
    Asian FMA meetings.  Seoul, Korea, June 2015.
    Western Finance Association Meetings, Seattle, WA, June 2015.
    London Business School, London, U.K., December 2014.
    California State University at Fullerton, Fullerton, CA, September 2014.
    Ohio State University, Columbus, OH, September 2014.

"Assessing Managerial Ability:  Implications Corporate Governance"
    Hong Kong Polytechnic University, Hong Kong, December 2016.
    University of North Carolina International Accounting Conference, Chapel Hill, NC, Sept. 2014.
    Drexel University Corporate Governance Conference, Philadelphia, PA, April 2014.

"CEO Investment Cycles"
    BI Conference on Corporate Governance, Oslo, Norway, May 2015.
    Koc University, Istanbul, Turkey, May 2014.
    NOVA University, Lisbon, Portugal, May 2014.
    Massachusetts Institute of Technology, Cambridge, MA, February 2014.
    Allied Social Science Meetings, Philadelphia, PA, January 2014.
    University of California, Berkeley, CA, December 2013.
    Stanford University, Palo Alto, CA, December 2013.
    Harvard Business School, Boston, MA, October 2013.
    Ohio State University, Columbus, OH, September 2013.

"Indirect Incentives of Hedge Fund Managers"
    Allied Social Science Meetings, Philadelphia, PA, January 2014.
    American University, Washington, DC, November 2013.

"Learning About CEO Ability and Stock Return Volatility"
   NBER Summer Institute, Cambridge, July 2013.
   EPFL, Lausanne, Switzerland, June 2013.
   Ohio State University, Columbus, OH, April 2013.
   University of Minnesota, Minneapolis, MN, February 2013.

"Limited Partner Performance and the Maturing of the Private Equity Industry"
   Allied Social Science Meetings, Philadelphia, PA, January 2014.
   University of North Carolina, Chapel Hill, NC, November 2013.
   London Business School, June 2013.
   Georgetown University, Washington, DC, April 2013.
   Council of Economic Advisors, Washington, DC, April 2013.
   Ohio State University, Columbus, OH, March 2013.

"Syndicated Loan Spreads and the Composition of the Syndicate"
   Allied Social Science Meetings, San Diego, CA, January 2013.
   University of Pittsburgh, Pittsburgh, PA, October 2012.
   Michigan State University, East Lansing Michigan, October 2012.
   Securities and Exchange Commission, Washington, DC, October 2012.
   Penn State University, State College, PA, April 2012.

"Do Acquisitions Relieve Target Firms' Financial Constraints?"
   Allied Social Science Meetings, Philadelphia, PA, January 2014.
   Cornell University, Ithaca, NY, November 2012.
   University of Minnesota, Minneapolis, MN, September 2012.
   Northeastern University, Boston, MA, September 2012.
   Brandeis University, Waltham, MA, September 2012.
   Boston College, Boston, MA, May 2012.
   University of Michigan, Ann Arbor, MI, March 2012.

"What do Boards Really do?  Evidence from Minutes of Board Meetings"
   Western Economic Association, San Francisco, CA, June 2012.
   Babson College, Wellesley, MA, March 2012.
   Ohio State University, Columbus, OH, November 2011.
   Purdue University, W. Lafayette, IN, November 2011.

"Did Securitization Affect the Cost of Corporate Debt?"
   HEC Paris, Paris, France, September 2010.
   Erasmus University, Rotterdam, Netherlands, September 2010.
   University of Amsterdam, Amsterdam, Netherlands, September 2010.
   Ohio State University, Columbus, OH, September 2010.

"Pay for Performance from Future Fund Flows:  the Case of Private Equity"
   University of Maryland, College Park, MD, October 2011.
   Columbia University, New York, NY, October 2011.
   University of Florida, Gainesville, FL, September 2011.
   Louisiana State University, Baton Rough, LA, September 2011.
   Brigham Young University, Provo, UT, September 2011.
   Harvard University, Cambridge, MA, March 2011.

McGill University, Montreal, Canada, November 2010.
University of Georgia, Athens, GA, August 2010.
Rutgers University, Newark, NJ, March 2010.
University of North Carolina, Chapel Hill, NC, March 2010.
Duke University, Durham, NC, March 2010.
University of Arizona, Tucson, AZ, February 2010.

"Determinants of Cross-Border Mergers and Acquisitions"
Western Finance Association Meetings, Victoria, BC, Canada, June 2010.
Hong Kong University of Science and Technology, Hong Kong, December 2009.
Chinese University of Hong Kong, Hong Kong, December 2009.
Lingnan University, Hong Kong, December 2009.
Washington University, St. Louis, MO, November 2009.
Michigan State University, East Lansing, MI, September 2009.
Ohio University, Athens, Ohio, June 2009.

"Borrow Cheap, Buy High?  The Determinants of Leverage and Pricing in Buyouts"
Tel Aviv University, Tel Aviv, Israel, December 2008.
Hebrew University, Jerusalem, Israel, December 2008.
Alternative Investments Conference, Scottsdale, AZ, December 2008.
Northwestern Law School, Chicago, IL, November 2008.
Columbia Law School, New York, NY, November 2008.
Harvard Law School, Cambridge, MA, November 2008.
Wharton School Conference, April 2008.
Allied Social Science Association Meetings, New Orleans, LA, January 2008.
University of Southern California, Los Angeles, CA, October 2007.
University of California, Berkeley, CA, October 2007.
University of Pittsburgh, Pittsburgh, PA, September 2007.
University of Pennsylvania, Philadelphia, PA, September 2007.

"Macroeconomic Conditions and Capital Raising"
Case Western Reserve University, Cleveland, OH, May 2009.
Carnegie-Mellon University, Pittsburgh, PA, April 2009.
University of Cincinnati, Cincinnati, OH, March 2009.
Southern Methodist University, Dallas, TX, February 2009.
Harvard University, Cambridge, MA, November 2008
Drexel University, Philadelphia, PA, November 2008.
Stockholm School of Economics, Stockholm, Sweden, October 2008.
University of Utah, Salt Lake City, Utah, September 2008.
Yale University, New Haven, CT, February 2008.
University of Alberta Conference, Banff, Alberta, July 2007.

"Corporate Financial and Investment Policies when Future Financing is not Frictionless"
London Business School, London, UK, March 2008.
University of Michigan, Ann Arbor, MI, June 2007.
Ohio State University, Columbus, OH, May 2007.
University of Oregon, Eugene, OR, October 2006.
University of British Columbia, Vancouver, BC, October 2006.
University of Alberta, Edmonton, AL, October 2006.

University of Minnesota, Minneapolis, MN, September 2006.
University of Illinois, Champaign, IL, September 2006.
University of Notre Dame, South Bend, IN, September 2006.

"Information Disclosure and Corporate Governance"
Harvard Business School, Boston, MA, June 2007.
Allied Social Science Association Meetings, Chicago, IL, January 2007.
Finance Research Association, Las Vegas, NV, December 2006.
University of Chicago Law School, September 2006.
Washington University, St. Louis, MO, November 2005.
Swedish Institute for Financial Research, Stockholm, Sweden, August 2005.

"Why are Buyouts Leveraged?  The Financial Structure of Private Equity Firms"
Washington University, St. Louis, MO, September 2007.
Harvard University, Cambridge, MA, November 2006.
University of Illinois (Law School), Champaign, IL, September 2006.
University of Chicago, Chicago, IL, April 2006.
New York University, New York, NY, September 2005.
Rutgers University, Newark, NJ, September 2005.
University of Texas, Austin, TX, September 2005.
Texas A&M University, College Station TX, September 2005.
Boston College, Boston, MA, May 2005.
Massachusetts Institute of Technology, Cambridge, MA, May 2005.
INSEAD, Fountainebleu, France, March 2005.
Oxford University, Oxford, UK, March 2005.
Vanderbilt University, Nashville, TN, February 2005.
University of Virginia, Chalottesville, VA, February 2005.
Emory University, Atlanta, GA, December 2004.
University of Illinois (Finance Department), Champaign, IL, December 2004.

"Motivation for Public Equity Offers:  An International Perspective"
University of Western Ontario, London, Ontario, January 2006.
University of North Carolina, Chapel Hill, NC, November 2005.
Stockholm School of Economics, Stockholm, Sweden, March 2005.

"World Markets for Raising New Capital"
Cornell University, Ithaca, NY, October 2004.
Ohio State University, Columbus, Ohio, May 2004.
Boston University, Boston, MA, March 2004.
University of Michigan, Ann Arbor, MI, March 2004.
Yale University, New Haven, CT, December 2003.
Columbia University, New York, NY, November 2003.
University of Central Florida, Orlando, FL, November 2003.
Georgetown University, Washington, DC, October 2003.
University of Toronto, Toronto, CA, October 2003.

"Private Benefits and Cross-Listings in the United States,"
University of Virginia, May 2003.

"The Cash Flow Sensitivity of Cash"
    Indiana University, Bloomington, IN, April 2003.
    Duke University, Durham, NC, March 2003.
    Louisiana State University, Baton Rouge, LA, February 2003.
    NBER Corporate Finance Meeting, Cambridge, MA, November 2002.
    University of Iowa, Iowa City, Iowa, October 2002.
    University of Illinois, Champaign, IL, September 2002.
    Atlanta Finance Forum, Atlanta Georgia, September 2002.
    New York Federal Reserve Bank, New York, NY, August 2002.
    New York University, New York, NY, August 2002.

"Horses and Rabbits?  Optimal Dynamic Capital Structure from Shareholders' and Managers' Perspectives,"
    New York Federal Reserve Bank, New York, NY, August 2002.
    University of Athens, Athens, Greece, May 2002.
    University of Texas, Austin, TX, May 2002.
    Princeton University, Princeton, NJ, April 2002.
    De Paul/Chicago Federal Reserve Bank, Chicago, IL, March 2002.
    University of Illinois, Champaign, IL, March 2002

"Measuring Investment Distortions when Risk-Averse Managers Decide Whether to Undertake Risky Projects,"
    University of Arizona, Tucson, AZ, January 2002.
    University of Rochester, Rochester, NY, November 2001.
    NBER, Cambridge, MA, November 2001
    University of Southern California, Los Angeles, CA, October 2001.
    Loyola University, Chicago, IL, April 2001.
    New York University, New York, NY, April 2001.
    New York Federal Reserve Bank, New York, NY, April 2001.
    Texas A&M University, College Station, TX, March 2001.

"Hospital Governance, Performance Objectives, and Organizational Form"
    University of Chicago, Chicago, IL, May 2001.

"Protection of Minority Shareholder Interests, Cross-Listings in the United States, and Subsequent Equity Offerings"
    Koc University, Istanbul, Turkey, May 2002.
    University of Athens, Athens, Greece, May 2002.
    Purdue University, W. Lafayette, IN, April 2000.