AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-03357-CJN |
| **THE KROGER CO., et al.** | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia                                                                                          .

Date: 11/03/2022

/s/ Kathleen M. Konopka
*Attorney's signature*

Kathleen M. Konopka 495257
*Printed name and bar number*

Office of the Attorney General for the
District of Columbia
400 6th Street NW
Washington, DC 20001
*Address*

kathleen.konopka@dc.gov
*E-mail address*

*Telephone number*

*FAX number*