UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA, et al.,

    *Plaintiffs*,

v.

KROGER CO., et al.,

    *Defendants*.

Civil Action No. 1:22-cv-03357 (CJN)

### ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiffs' Motion for Temporary Restraining Order, ECF Nos. 4 and 7. For the reasons stated during today's hearing, the Court DENIES Plaintiffs' Motion.

Accordingly, it is

**ORDERED** that the Motion for Temporary Restraining Order is DENIED.

DATE: November 8, 2022

*[signature]*
CARL J. NICHOLS
United States District Judge

1