UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DISTRICT OF COLUMBIA**, *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE KROGER CO.**, *et al.*,<br><br>**Defendants.** | **Case No. 1:22-cv-3357 (CJN)** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs the District of Columbia, the State of California, and the State of Illinois ("Plaintiffs") hereby give notice of their dismissal of all causes of action in the Complaint against defendants Albertsons Companies, Inc. ("Albertsons") and The Kroger Co. ("Kroger").

Kroger and Albertsons have not filed an answer to the Complaint, have not moved to dismiss it, and have not moved for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: February 24, 2023

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

KATHLEEN KONOPKA
Senior Advisor to the Attorney General for Competition Policy

*/s/ Adam Gitlin*
ADAM GITLIN
Chief, Antitrust and Nonprofit Enforcement Section

*/s/ C. William Margrabe*
C. WILLIAM MARGRABE
GEOFFREY COMBER
ELIZABETH ARTHUR

Assistant Attorneys General
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, D.C. 20001
(202) 735-7516
Will.Margrabe@dc.gov

**FOR PLAINTIFF STATE OF CALIFORNIA**

**ROB BONTA**
**Attorney General of California**
KATHLEEN E. FOOTE
Senior Assistant Attorney General
NATALIE S. MANZO
Supervising Deputy Attorney General

*/s/ Paula Lauren Gibson*
PAULA LAUREN GIBSON
Deputy Attorney General
California State Bar Number 100780
300 S Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6040
paula.gibson@doj.ca.gov

**FOR THE STATE OF ILLINOIS**

**KWAME RAOUL**
**Attorney General**

/s/ *Elizabeth L. Maxeiner*
ELIZABETH L. MAXEINER
Bureau Chief, Antitrust
PAUL J. HARPER
BRIAN M. YOST
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
(773) 590 6837
Elizabeth.Maxeiner@ilag.gov

**CERTIFICATE OF SERVICE**

This will certify that on today's date, I filed the foregoing papers using the Court's

CM/ECF system, which served the foregoing on all counsel of record.


February 24, 2023                         */s/ Adam Gitlin*
                                          ADAM GITLIN